THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-5044 RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION FOR TEMPORARY MODIFICATION OF APPEARANCE BOND |
| KAYLA ANN JENSEN, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the unopposed emergency motion of the defendant for temporary modification of her appearance bond in order to allow Ms. Jensen to travel to Oregon to visit her aunt in hospice care, from June 7, 2019, to June 10, 2019. The Court has considered the motion and records in this case and it is now therefore

ORDERED that the Defendant Kayla Jensen's Motion (Dkt. #110) is GRANTED. Kayla Jensen's Appearance Bond is temporarily modified to allow Ms. Jensen to travel to Oregon between June 7, 2019, to June 10, 2019, as specified in the motion. All other conditions of Ms. Jensen's Appearance Bond shall remain in effect.

DATED this 5th day of June, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR
TEMPORARY MODIFICATION OF
APPEARANCE BOND
(*US v. Jensen*, CR18-5044RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**