Hon. Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KAYLA JENSEN,

Defendant.

No. CR18-5044RAJ

ORDER DIRECTING RELEASE
OF DEFENDANT FROM
CUSTODY

The clerk issues the following minute order by the authority of the Honorable
Richard A. Jones, United States District Court Judge:

The defendant is hereby ordered released on the Appearance Bond executed
December 28, 2018. All of the conditions of the Appearance Bond remain in full
force and effect.

DATED this 14th day of June, 2019.

Hon. Richard A. Jones
United States District Judge