THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-5044 RAJ |
| Plaintiff, | ) | |
| v. | ) ) ) | ORDER GRANTING MOTION FOR TEMPORARY MODIFICATION OF APPEARANCE BOND |
| KAYLA ANN JENSEN, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the Court on the unopposed emergency motion for temporary modification of Kayla Jensen's appearance bond in order to allow her to travel to Prineville, Oregon, to attend her aunt's funeral and visit with family from August 29, 2019, to September 1, 2019. The Court has considered the motion and records in this case.

IT IS NOW ORDERED that Defendant's Motion (Dkt. #138) is GRANTED. Kayla Jensen's appearance bond is temporarily modified to allow her to travel to Prineville, Oregon between August 29, 2019, to September 1, 2019, as specified in the motion. Ms. Jensen's curfew condition is suspended during this time. Ms. Jensen shall provide Probation with information regarding her hotel and any other requested information.

///

ORDER GRANTING MOTION FOR
TEMPORARY MODIFICATION OF
APPEARANCE BOND
(*United States v. Jensen*, CR18-5044RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

All other conditions of Ms. Jensen's bond shall remain in full force and effect.

DATED this 23rd day of August, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR
TEMPORARY MODIFICATION OF
APPEARANCE BOND
(*United States v. Jensen*, CR18-5044RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**